**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-00977-PAB-MEH

THOMAS CARRANZA, et al.

    Plaintiffs, on their own and on behalf of a class of similarly situated persons,

v.

STEVEN REAMS, Sheriff of Weld County, Colorado, in his official capacity,

    Defendant.

**WITHDRAWAL OF REQUEST FOR TEMPORARY RESTRAINING ORDER
AND REQUEST FOR SETTING OF PRELIMINARY INJUNCTION HEARING**

Plaintiffs, by and through under signed counsel, hereby withdraw their request for issuance of a temporary restraining order and respectfully request that this Court set a preliminary injunction hearing in this matter during the week of April 27, 2020,[1] and state in support as follows:

The Notice of Supplemental Authorities, and accompanying declarations, filed yesterday afternoon demonstrate genuine and grave factual disputes about what has or has not been occurring at the Weld County Jail ("WCJ") to protect medically vulnerable persons detained there from COVID-19. [Doc. #28]. One area of agreement, however, is that since the morning of April 7, 2020, when undersigned counsel notified Defendant that this lawsuit would be filed, Defendant has been rushing to put in place measures to attempt to control the current outbreak of COVID-19 at WCJ. Those new measures were

---

[1] Plaintiffs file this motion in lieu of the reply brief ordered by this Court. [Doc. #27]. Plaintiffs believe that the relief requested herein moots their reply.

presented to Plaintiffs' medical expert at a walk-through of the WCJ on Friday, April 10, 2020.

It is too soon to know whether the new steps taken by Defendant will mitigate the current outbreak, which was the predictable result of Defendant's inaction over the last several weeks, and whether these new steps will protect vulnerable persons detained in WCJ moving forward. Given the changed circumstances, and to allow time to assess the new measures, Plaintiffs now withdraw their request for a temporary restraining order. Instead, they request that this Court set the matter for a preliminary injunction hearing during the week of April 27, 2020. Plaintiffs believe proceeding in this manner will conserve judicial resources while allowing both sides to develop a more complete factual record regarding any changed circumstances at the WCJ since the commencement of this action.

## Conferral Pursuant To D.C.COLO.LCivR 7.1

Counsel for Plaintiffs, Andy McNulty, certifies that he conferred with counsel for Defendant via email on April 14, 2020. Counsel for Defendant responded as follows (and requested that the entirety of the response be outlined in this motion):

> Defendant does not oppose Plaintiffs' intent to withdraw their request for a temporary restraining order, but this lack of opposition is contingent upon Plaintiffs filing a reply addressing to the legal issues which the Court raised in ECF 27 by Saturday, April 18 at 11:59 PM, because that approximates the amount of time Defendant had to react to ECF 1 and because Defendant does not believe there is any need for any hearing given Plaintiffs cannot overcome the many legal impediments to any injunctive relief as outlined in Defendant's Response. Defendant takes no position on if or when any preliminary injunction hearing should be set (for the reasons already stated) but states the Court should have the benefit of receiving Plaintiffs' reaction to ECF 27 well prior to any such hearing, and further states Defendant's declaration and its documentation constitute proof positive of the multitude of measures which Defendant already put in place on or before 11:59 PM on April 6, 2020.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion, withdraw Plaintiffs' request for temporary restraining order, and set this matter for a preliminary injunction hearing during the week of April 27, 2020, and for any other relief that is just and proper.

Dated: April 14, 2020

Respectfully submitted,

s/ *Andy McNulty*
Andy McNulty
Michael P. Fairhurst
David A. Lane
Darold W. Killmer
KILLMER, LANE & NEWMAN, LLP
1543 Champa St. Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 Facsimile
amcnulty@kln-law.com
mfairhurst@kln-law.com
dlane@kln-law.com
dkillmer@kn-law.com

*and*

David G. Maxted
Maxted Law LLC
1543 Champa Street Suite 400
Denver, CO 80202
Phone: 720-717-0877
Fax: 720-500-1251
dave@maxtedlaw.com

*and*

Jamie Hughes Hubbard
STIMSON STANCIL LABRANCHE HUBBARD, LLC
Phone:  720.689.8909
Email:  hubbard@sslhlaw.com

*Counsel for Plaintiffs Carranza, Martinez, Propes, Ward and Hunter*

Mark Silverstein
Rebecca T. Wallace
Sara R. Neel
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 E. 17th Avenue, Suite 350
Denver, Colorado 80203
(720) 402-3114
msilverstein@aclu-co.org
rtwallace@aclu-co.org
sneel@aclu-co.org

*and*

Daniel D. Williams
Lauren E. Groth
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, Colorado 80302
(303) 442-6514
Williams@hbcboulder.com
Groth@hbcboulder.com
*In cooperation with the ACLU Foundation of Colorado*

*Counsel for Plaintiffs Barnum and Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2020, I electronically filed the foregoing **WITHDRAWAL OF REQUEST FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR SETTING OF PRELIMINARY INJUNCTION HEARING** with the Clerk of the Court using the CM/ECF system which will send notification to the following counsel.

Matthew Hegarty
Andrew Ringel
John Peters
HALL & EVANS LLC
1001 17th Street, Suite 300
Denver, CO 80202
hegartym@hallevans.com
ringel@hallevans.com
jpeters@hallevans.com

                                              */s/ Charlotte Bocquin Scull*
                                              Paralegal