IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No.:   20-cv-00977-PAB
Courtroom Deputy:  Sabrina Grimm

Date:  April 30, 2020
Court Reporter:   Janet Coppock

*Parties:*

THOMAS CARRANZA,
JESUS MARTINEZ,
RICHARD BARNUM,
THOMAS LEWIS,
MICHAEL WARD,
COLBY PROPES, and
CHAD HUNTER,

   Plaintiff, on their own and on behalf of a class of similarly situated persons,

v.

STEVEN REAMS, Sheriff of Weld County, Colorado, in his official capacity,

   Defendant.

*Counsel:*

David Maxted
Daniel Williams
Lauren Groth

Andrew Ringel
Matthew Hegarty
Jack Peters

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING VIA VIDEO TELECONFERENCE**

**8:02 a.m.     Court in session.**

Appearances of counsel by VTC.

The matter is before the Court on Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expediated Hearing [1].

Discussion regarding scheduling, stipulated exhibits, and other preliminary matters.

**Exhibits 1-18, 28-35, and 38-54 are admitted.**

Plaintiffs' witness, Kevin Monteiro, sworn and appears by telephone.

| | |
|---|---|
| 8:14 a.m. | Direct examination of Mr. Monteiro by Mr. Maxted. |
| 8:38 a.m. | Cross examination of Mr. Monteiro by Mr. Peters. |
| 9:02 a.m. | Redirect examination of Mr. Monteiro by Mr. Maxted. |

**Exhibits 19-27 are admitted.**

Plaintiffs' witness, Richard Barnum, sworn and appears by telephone.

| | |
|---|---|
| 9:12 a.m. | Direct examination of Mr. Barnum by Ms. Groth. |
| 9:23 a.m. | Cross examination of Mr. Barnum by Mr. Peters. |
| 9:30 a.m. | Redirect examination of Mr. Barnum by Ms. Groth. |

Plaintiffs' witness, Dr. Carlos Franco-Parades, sworn and appears by VTC.

| | |
|---|---|
| 9:33 a.m. | Direct examination of Dr. Franco-Parades by Mr. Williams. |

**10:01 a.m.   Court in recess.**
**10:17 a.m.   Court in session.**

Continued direct examination of Dr. Franco-Parades by Mr. Williams.

| | |
|---|---|
| 10:58 a.m. | Cross examination of Dr. Franco-Parades by Mr. Ringel. |

Comments by Dr. Franco-Parades in response to the Court's questions.
Further questions by counsel.

Defendant, Sheriff Steven Reams, sworn and appears by VTC.

| | |
|---|---|
| 11:53 a.m. | Direct examination of Sheriff Reams by Mr. Maxted. |

**12:01 p.m.   Court in recess.**
**1:01 p.m.    Court in session.**

Continued direct examination of Sheriff Reams by Mr. Maxted.

| | |
|---|---|
| 1:34 p.m. | Cross examination of Sheriff Reams by Mr. Hegarty. |

**Exhibits A-1 to A-39, A-47 to A-49, A-52, A-57 to A-99, B-1, and B-2 are admitted.**

**3:00 p.m.   Court in recess.**
**3:17 p.m.   Court in session.**

Continued cross examination of Sheriff Reams by Mr. Hegarty.

3:24 p.m.     Redirect examination of Sheriff Reams by Ms. Maxted.

Plaintiffs rest. Mr. Williams states Dr. Valerie Smith will not be called to testify. She is released from her subpoena.

Defense rests.

**3:35 p.m.     Court in recess.**
**3:45 p.m.     Court in session.**

Argument by Mr. Williams and Mr. Ringel.

**ORDERED:   Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expediated Hearing [1] is TAKEN UNDER ADVISEMENT. The Court will issue a written order.**

**4:45 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   7:00