IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No.:   20-cv-00977-PAB-SKC | Date:  February 12, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Terri Lindblom |

| *Parties:* | *Counsel:* |
|---|---|
| JESUS MARTINEZ, and<br>CHAD HUNTER, | Daniel Williams<br>David Maxted |
| Plaintiffs, on their own and on behalf of a class of similarly situated persons, | |
| v. | |
| STEVEN REAMS, Sheriff of Weld County, Colorado, in his official capacity, | Matthew Hegarty<br>John Peters |
| Defendant. | |

## COURTROOM MINUTES

**FAIRNESS HEARING VIA VIDEO TELECONFERENCE**

**3:41 p.m.     Court in session.**

Appearances of counsel by VTC.  Mr. Maxted appears by telephone.

Also present, Jail Captain Matthew Turner and objectors Patrick Kane and Bret Brockel by VTC.

The matter is before the court on the Joint Motion for Final Approval of Class Action Settlement and Final Certification of the Proposed Class [105], finalize the consent decree and final judgment.

Objections by Mr. Brockel and Mr. Kane.

Objections ruled upon by the Court, as stated on record.

Mr. Hegarty will execute the consent decree for the Court's signature.

The Court will give final approval to the class.

Court states its findings.

**ORDERED:** **Joint Motion for Final Approval of Class Action Settlement and Final Certification of the Proposed Class [105] is GRANTED, as stated on record.**

The Court will issue a written order.

**4:19 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:    00:38