IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00977-PAB-SKC

JESUS MARTINEZ, and
CHAD HUNTER, on their own and on behalf of a class of similarly situated persons,

     Plaintiffs,

v.

STEVEN REAMS, Sheriff of Weld County, Colorado, in his official capacity,

     Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 112] of Chief United States District Judge Philip A. Brimmer entered on February 16, 2021, it is

ORDERED that the parties' Joint Motion for Final Approval of Class Action Settlement and Final Certification of the Proposed Class [Docket No. 105] is GRANTED.  It is further

ORDERED that final judgment is hereby entered dismissing this case with prejudice.

2

Dated at Denver, Colorado this 16th day of February, 2021.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ Emily Buchanan
Deputy Clerk